In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00012-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**PATRICK JOSEPH MOORE, Appellee**

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. 104784**

**MEMORANDUM OPINION**

Our April 25, 2018 order of abatement is withdrawn and the appeal is reinstated.

The State of Texas has filed a motion to dismiss its appeal of an order granting the defendant's motion to suppress. *See* Tex. R. App. P. 42.2. The prosecuting attorney personally signed the motion. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on May 11, 2018
Opinion Delivered May 23, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.